# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14cr1981-AJB |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JUAN CARLOS CONTRERAS-CERVANTES, | |
| Defendant. | |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

  8:1326(a),(b) - Attempted Reentry of Removed Alien(1); 18:1546(a) - Fraud and Misuse of Visas, Permits and Other Documents(2)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/11/14

Nita L. Stormes
U.S. Magistrate Judge